IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11215
Summary Calendar
_____


CYRILL ATHANASIOS KOLOCOTRONIS,

                                        Plaintiff-Appellant,

versus

CLUB OF ROME; WORLDWIDE JESUITS; CENTRAL
INTELLIGENCE AGENCY; KGB,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CV-70
- - - - - - - - - -
February 24, 1997
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:*

    Cyrill Athanasios Kolocotronis, who resides at the Missouri
State Mental Hospital, appeals the district court's dismissal of
his 42 U.S.C. § 1983 civil rights complaint as frivolous.  The
district court did not abuse its discretion in adopting a
magistrate judge's finding that Kolocotronis' allegations, which
describe a government plot to spread the AIDS virus throughout
the world, were "fantastic" and "delusional" and therefore

_____

    * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

frivolous.  See Kolocotronis v. Club of Rome, No. 3:96-CV-0070-H (N.D. Tex. Aug. 21, 1996).  Kolocotronis' appeal is without arguable merit and is frivolous.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  See 5th Cir. R. 42.2.

DISMISSED.